JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 780 -- In re Sabin Oral Polio Vaccine Products Liability Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/07/21 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS A-1 - A-6, -- Filed by Deft. United States of America -- SUGGESTED TRANSFEREE DISTRICT: D. DISTRICT OF COLUMBIA -- SUGGESTED TRANSFEREE JUDGE: ? -- w/Attachments and cert. of svc. (rh) |
| 88/08/01 | | APPEARANCES: JAMES D. CROSBY, ESQ. for Wade Baker, et al.; MARK MOLLER, ESQ. for Deborah Miller, et al.; DANIEL BERGER, ESQ. for Elizabeth Parulski, et al., Zachary Kaye, et al., and Kevan Berkovitz, et al.; RUPERT M. MITSCH, ESQ. for U.S.A. (cds) |
| 88/08/09 | 2 | RESPONSE -- (to pldg. #1) Zachary Kaye, et al.; Elizabeth Parulski, et al. and Kevan Berkovitz, et al. -- w/cert. of svc. (rh) |
| 88/08/10 | 3 | RESPONSE (to pldg. #1) -- pltfs. Wade Baker, et al. -- w/cert. of service (cds) |
| 88/08/17 | 4 | REPLY -- United States of America -- w/Attachment and cert. of service (cds) |
| 88/08/17 | | HEARING ORDER -- setting motion to transfer for Panel hearing on September 29,1988, Wash., D.C. (ds) |
| 88/09/29 | | HEARING APPREARANCES: RUPERT M. MITSCH, ESQ. for United States of America; DOROTHY L. RAIZMAN, ESQ. for Zachery Kay, et al., Elizabeht Parulski, et al. and Kevan Berkovitz, et al; MARC S. MOLLER, ESQ. for Deborah Miller, et al. (hearing on 9/29/88 in Wash., D.C.) (rh) |
| 88/09/29 | | WAIVER OF ORAL ARGUMENT: Wade Baker, et al. (hearing on 9/29/88 in Wash., D.C.) (rh) |
| 88/10/11 | | CONSENT OF TRANSFEREE COURT -- consenting to the transfer of litigation to the District of Maryland and assigning the litigation to the Honorable J. Frederick Motz (ds) |
| 88/10/11 | | TRANSFER ORDER -- transferring A-1, A-2, A-4 thru A-6 to the District of Maryland for coordinated or consolidated pretrial proceedings -- Notified involved clerks, judges, counsel and misc. receipients. (ds) |

| | | |
|---|---|---|
| 90/05/18 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-7 Lucas Joy, et al. v. The United States of America, N.D. Ohio, C.A. No. 4:90-CV-0519; B-8 Lucas Joy, et al. v. The United States of America, N.D. Ohio, C.A. No. 4:90-CV-0597 -- Notified involved counsel and judges  (ds) |
| 90/06/05 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-7 Lucas Joy, et al. v. The United States of America, N.D. Ohio, C.A. No. 4:90-CV-0519; B-8 Lucas Joy, et al. v. The United States of America, N.D. Ohio, C.A. No. 4:90-CV-0597 -- Notified involved clerks and judges.  (ds) |
| 92/01/09 | 5 | SUGGESTION FOR REMAND -- For B-8 -- Filed in D. Maryland, signed by Judge J. Frederick Motz (dated 12/20/91) (rh) |
| 92/01/09 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-8 Lucas Joy, et al. v. The United States of America, D. Maryland, C.A. No. 90-CV-1921 (N.D. Ohio, C.A. No. 4:90-CV-0597) -- Notified involved counsel and judge (rh) |
| 92/01/27 | | CONDITIONAL REMAND ORDER FINAL TODAY -- B-8 Joy, et al. v. The U.S.A., D. Md., C.A. No. 90-CV-1921 (N.D. Ohio, C.A. No. 4:90-CV-0597) -- Notified involved clerks and judge (ds) |

JPML Form 1

Revised: 8/78

**DOCKET NO. 780 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

CAPTION: IN re Sabin Oral Polio Vaccine Products Liabiility Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 29, 1988 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 11, 1988 | T.O. | Unpublished | D. Maryland | J. Frederick Motz | |

Special Transferee Information

DATE CLOSED: 2/13/95

JPML FORM 1      LISTING OF INVOLVED ACTIONS      Transferee Dist. - D. Maryland
                                                  Transferee Judge - Hon. J. Frederick Motz

DOCKET NO. 780 -- In re Sabin Oral Polio Vaccine Products Liability Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Wade Baker, et al. v. United States of America | Cal.,S. Turrentine | 85-0474-T(CM) | 10/11/88 | 88-3686 | | |
| A-2 | Randy L. Musgrove, et al. v. United States of America | Fla.,N. Paul | 88-10107 | 10/11/88 | 88-3162 | | ✓ |
| A-3 | Deborah Miller, et al. v. United States of America | Md. Motz | JFM-87-3175 | | | | |
| A-4 | Zachary A. Kaye, et al. v. United States of America | Ohio,S. Kinneary | C2-86-1002 | 10/11/88 | 88-33-22 | | |
| A-5 | Elizabeth Parulski, et al. v. United States of America | Pa.,M. Nealon | CV-87-0731 | 10/11/88 | JFM-88-3449 | | |
| A-6 | Kevan Berkovitz, et al. v. United States of America | Pa.,W. Diamond | 84-2893 | 10/11/88 | 88-3280 | | |

*July 1989 - 5 TR / 1 X/2 / 6 Pending*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-7 | Lucas Joy, et al. v. The United States of America 5/18/90 | Ohio,N. Manos | 4:90-CV-0519 | 6/5/90 | 90CV1934 | | |
| B-8 | Lucas Joy, et al. v. The United States of America 5/18/90 | Ohio,N. Manos | 4:90-CV-0597 | 6/5/90 | 90CV1921 | 1/27/92 R | |

*July 1990 - 2 TR / 8 Pending*
*July 1991 - Same*
*July 1992 - 1 Remand / 7 Pending*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 780 -- In re Sabin Oral Polio Vaccine Products Liability Litigation

*Jr. Mdlg Order 12/6/88*

WADE BAKER, ET AL. (A-1)
James D. Crosby, Esq.
Muns, Mehalick & Lynn
2241 Kettner Boulevard, Suite 300
San Diego, CA  92101-1738

RANDY L. MUSGROVE, ET AL. (A-2)
Stanley P. Kops, Esq.
Adler & Kops
210 W. Washington Square
Philadelphia, PA  19106

DEBORAH MILLER, ET AL. (A-3)
Marc S. Moller, Esq.
c/o Kreindler & Kreindler
100 Park Avenue
New York, NY  10017

ZACHARY KAYE, ET AL. (A-4)
ELIZABETH PARULSKI, ET AL. (A-5)
KEVAN BERKOVITZ, ET AL. (A-6)
Daniel M. Berger, Esq.
Berger, Kapetan, Malakoff & Meyers, P.C.
Fifth Floor
Law and Finance Building
Pittsburgh, PA  15219

UNITED STATES OF AMERICA
Rupert M. Mitsch, Esq.
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044

LUCAS JOY, ET AL. (B-7 & B-8)
Dorothy L. Raizman, Esq.
Janice Griffin O'Reilly, Esq.
Berger, Kapetan, Malakoff & Meyers
Suite 200, The Frick Building
Pittsburgh, Pennsylvania  15219

Fred Weisman, Esq.
Weisman, Goldberg, Weisman & Kaufman
1600 Midland Building
Cleveland, Ohio  44115

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 780 -- In re Sabin Oral Polio Vaccine Products Liability Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| United States of America | B-7, B-8 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |