JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 11 1968

PATRICIA D.
CLERK OF THE PANEL

DOCKET NO. 780

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SABIN ORAL POLIO VACCINE PRODUCTS LIABIITY LITIGATION

TRANSFER ORDER

This litigation consists of six actions pending in six federal districts: one action each in the District of Maryland; Southern District of California; Northern District of Florida; Southern District of Ohio; Middle District of Pennsylvania; and Western District of Pennsylvania. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the United States of America (United States), the sole defendant in each action, to centralize these actions in the District of the District of Columbia for coordinated or consolidated pretrial proceedings. Plaintiffs in the Ohio, Pennsylvania and California actions oppose the motion.

On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the District of Maryland will best serve the convenience of most parties and witnesses and promote the just and efficient conduct of this litigation. These actions share questions of fact arising out of allegations that the United States is liable under the Federal Tort Claims Act in administering the regulations governing the manufacture, distribution and use of the Sabin oral poliomyelitis vaccine. Centralization under Section 1407 is necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings and conserve the resources of the parties, their counsel and the judiciary. We note that the transferee judge can design a pretrial program in order to accommodate the needs of any party for unique discovery concurrently with the conduct of common discovery under Section 1407. In re Multi-Piece Rim Products Liability Litigation, 464 F.Supp. 969, 974 (J.P.M.L. 1979).

While the District of the District of Columbia could be considered as an appropriate transferee forum, on balance we find that neighboring District of Maryland, wherein a constituent action is pending, is the preferable forum for Section 1407 proceedings. We observe that most parties acknowledge that documents and witnesses are located in Rockville, Maryland, as well as in the District of Columbia.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and not pending in the District of Maryland be, and the same hereby are, transferred to the District of Maryland and, with the consent of that court, assigned to the Honorable J. Frederick Motz for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-780 -- In re Sabin Oral Polio Vaccine Products Liability Litigation

Southern District of California

Wade Baker, et al. v. United States of America, C.A. No. 85-0474-T(CM)

Northern District of Florida

Randy L. Musgrove, et al. v. United States of America, C.A. No. 88-10107

District of Maryland

Deborah Miller, et al. v. United States of America, C.A. No. JFM-87-3175

Southern District of Ohio

Zachary A. Kaye, et al. v. United States of America, C.A. No. C2-86-1002

Middle District of Pennsylvania

Elizabeth Parulski, et al. v. United States of America, C.A. No. CV-87-0731

Western District of Pennsylvania

Kevan Berkovitz, et al. v. United States of America, C.A. No. 84-2893